**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6762**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DWIGHT ULMER, a/k/a Saybro,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:20-cr-00131-FL-1)

Submitted:  July 30, 2024                                    Decided:  August 1, 2024

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dwight Ulmer, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwight Ulmer appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motions for compassionate release. The district court concluded that Ulmer failed to demonstrate extraordinary and compelling reasons for relief and that the relevant 18 U.S.C. § 3553(a) factors independently weighed against his early release. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Ulmer's motions. *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Ulmer*, No. 5:20-cr-00131-FL-1 (E.D.N.C. July 31, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*